IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| HATTIE DURHAM, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) CASE NO. |
| | ) |
| ABBAS ALRAMAHI, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## NOTICE OF REMOVAL

Defendants Abbas Alramahi and J & T Trucking ("Defendants") file this Notice of Removal of this action from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland under 28 U.S.C. §§ 1441 et seq. and state as follows.

1. On March 31, 2022, Plaintiff Hattie Durham filed her Original Complaint against Defendants in the Circuit Court for Prince George's County, Maryland. The Court issued writs of summons. Ex. A, Original Compl. at p. 1.

2. On May 7, 2022, Plaintiff served both Defendants by private process server. Ex. B, Aff. of Service for Abbas Alramahi at p. 1; Ex. C, Aff. of Service for J & T Trucking at p. 1.

3. This action satisfies the requirements for the Court to exercise diversity jurisdiction under 28 U.S.C. § 1332(a)(1) because Plaintiff and Defendants are completely diverse and the amount in controversy exceeds $75,000.00.

   a. Plaintiff is a citizen of the State of Maryland and resides at 6705 El Paso Street, Landover, Prince George's County, Maryland 20785.

      b.      Mr. Alramahi is a citizen of the State of Missouri and resides at 11627 East 24th Street South, Independence, Jackson County, Missouri 64052.

      c.      J & T Trucking is a citizen of the State of Missouri and resides at 11627 East 24th Street South, Independence, Jackson County, Missouri 64052.

      d.      The Complaint seeks $500,000.00 in damages in addition to costs, prejudgment interest, and postjudgment interest.

4.      This action satisfies the requirements for the Court to authorize removal under 28 U.S.C. § 1446(b)(2)(A) because Defendants consent to removal and filed this Notice of Removal within thirty days of the date of service.

5.      Defendants attach in support of this Notice of Removal all process, pleadings, documents, and orders served on them as required by Local Rule 103.5(a): Ex. A, Plaintiff's Original Complaint; 2) Ex. B, Affidavit of Service for Abbas Alramahi; 3) Ex. C, Affidavit of Service for J & T Trucking.

WHEREFORE Defendants respectfully request that the Court authorize the removal of Case No. CAL22-11167 from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

_____/s/_____
Andrew T. Stephenson, Esq. (26504)
(Signed with Permission by Joshua T. Carback)
_____/s/_____
Joshua T. Carback, Esq. (21713)
FRANKLIN & PROKOPIK, P.C.
The B & O Building
2 North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230 – 3638 (Telephone)
(410) 752 – 6868 (Facsimile)
astephenson@fandpnet.com
jcarback@fandpnet.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of June 2022 that a copy this Notice of Removal was served through CM/ECF; regular mail, first class, postage prepaid; or email on the following:

A. Burridge duBois, Esq.
THE LAW OFFICES OF BURRIDGE DUBOIS
14300 Gallant Fox Lane, Suite 103
Bowie, Maryland 20715
duboislawsolutions@gmail.com
*Attorney for Plaintiff*

_____/s/_____
Joshua T. Carback, Esq. (21713)